## DIVIDENDS REMITTED TO THE COURT

Case Number 08-35744 - STRIKE, JOAN D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB DISCOVER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000007 | 103.69 | 4.31 |
| ---------- Remittance Total --------------- | | 103.69 | 4.31 |

_____
CHARLES W. RIES, Trustee

RECEIVED
10 SEP 20 AM 11:17
U.S. BANKRUPTCY COURT
ST. PAUL, MN